## CONSENT TO FLSA LITIGATION

1. I, Michelle Butterfield, was employed by Marshall Health between August 2016 and August 2020.

2. During my above stated dates of employment, there were been occasions when I worked more than forty hours per workweek and was not been compensated at the rate of 1 ½ times my regular rate of pay for such hours.

3. I consent to filing legal action against University Physicians & Surgeons, Inc., d/b/a Marshall Health to recover my unpaid overtime and all other damages as allowed under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).

4. I have retained Glazer Saad Anderson L.C. to represent file and pursue legal action on my behalf.

Print Name: Michelle Butterfield

Signature: *[signed]*

Date Signed: 10-6-20