IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**MICHELLE BUTTERFIELD, individually,**
**and on behalf of others similarly situated,**

    **Plaintiff,**

v.                                      Civil Action No. 3:20-cv-00759

**UNIVERSITY PHYSICIANS & SURGEONS,**
**INC., d/b/a MARSHALL HEALTH,**

    **Defendant.**

## AGREED ORDER OF DISMISSAL

On this day came Plaintiff, Michelle Butterfield, by and through counsel, Hoyt Glazer, and Defendant, University Physicians & Surgeons, Inc., d/b/a Marshall Health by and through counsel, Melissa Foster Bird and Nathan R. Hamons and hereby jointly announce to the Court that all matters in controversy between Plaintiff and the Defendant in the above-referenced matter have been resolved. Accordingly, Plaintiff Michell Butterfield and Defendant jointly move this Court to dismiss any and all claims against Defendant, with prejudice, in the above-referenced matter.

WHEREFORE, the Court, having considered the request of counsel, and being otherwise sufficiently advised, hereby **ADJUDGES, ORDERS AND DECREES** that Plaintiff Michelle Butterfield's claims against Defendant, University Physicians & Surgeons, Inc., d/b/a Marshall Health are **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs.

The Court further DIRECTS the Clerk to send a copy of this Agreed Order of Dismissal to all counsel of record.

Entered this the ____5th____ day of ____Oct.____, 2021.

                                                                                  _____
                                                                                   Honorable Robert C. Chambers

Presented by:

*/s/ Melissa Foster Bird*
Melissa Foster Bird, Esq.
Nathan R. Hamons, Esq.
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Avenue, Suite 200
Post Office Box 1856
Huntington, West Virginia 25701
Phone: (304) 526-3503
Fax: (304) 526-3599
Melissa.FosterBird@NelsonMullins.com
Nathan.Hamons@NelsonMullins.com

***Counsel for Defendant***


Agreed to and Approved by:

*/s/ Hoyt Glazer* (with permission)
Hoyt Glazer, Esq.
Abraham J. Saad, Esq.
**GLAZER SAAD ANDERSON L.C.**
320 Ninth Street, Suite B
Huntington, WV 25701
(304) 522-4149
(800) 879-7248 (fax)
hoyt@gsalaw-wv.com
abe@gsalaw-wv.com

***Counsel for Plaintiff***